UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD KYLES (#227417)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

16-399-SDD-EWD

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 10, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] filed by Defendant is GRANTED dismissing Plaintiff's claims with prejudice.

Baton Rouge, Louisiana the 13 day of September, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 18.
[3] Rec. Doc. 7.